[882 NE2d 394, 852 NYS2d 825]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVARO CUMBERBATCH, Appellant.

Decided February 7, 2008

**APPEARANCES OF COUNSEL**

*Office of the Appellate Defender*, New York City (*Margaret E. Knight, Richard M. Greenberg* and *Risa Gerson* of counsel), for appellant.

*Robert M. Morgenthau, District Attorney*, New York City (*Beth Fisch Cohen* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, defendant's plea vacated and case remitted to Supreme Court, New York County, for further proceedings on the indictment (*see People v Louree*, 8 NY3d 541 [2007]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.